UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 26 2022

CLERK U.S. DISTRICT COURT
By: _____
Deputy

UNITED STATES OF AMERICA

v.

No. 4:22-MJ-558-BP

JOHN KENNEDY FRENCH (01)

## ORDER

On this date came on to be considered the Government's Motion to Dismiss Complaint, and the Court after having considered the motion and the law applicable thereto is of the opinion that it should be GRANTED; and

It is therefore ORDERED, ADJUDGED, and DECREED that the above numbered Complaint filed against the defendant in this Court on July 22, 2022, be and is hereby DISMISSED without prejudice.

Signed this 26th day of July, 2022

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE